ROBERT LIVINGSTON STEDMAN, INC., v. 344 WEST 72ND STREET COR-
PORATION.—Application denied, with ten dollars costs. Order signed.
Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX GOODMAN v. KEAN-JONES COMPANY.—Application denied, with ten
dollars costs, and stay vacated. Order signed. Present — Clarke, P. J.,
Dowling, Smith, Page and Greenbaum, JJ.

CARMINE ESPOSITO v. AMERICAN RAILWAY EXPRESS COMPANY.— Applica-
tion granted. Order signed. Present — Clarke, P. J., Dowling, Smith,
Page and Greenbaum, JJ.

ANTONIO ESPOSITO v. EMPIRE STATE STEEL PRODUCTS COMPANY.—
Application denied, with ten dollars costs. Order signed. Present —
Clarke, P. J., Dowling, Smith Page and Greenbaum, JJ.

ERNEST BUFF-MERZ v. GUSTAVE RATKOWSKY, etc.—Application denied,
with ten dollars costs, and stay vacated. Order signed. Present — Clarke,
P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM LEICHTAG v. REALTY ASSOCIATES.—Application granted.
Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Green-
baum, JJ.

A. & B. EXPORT AND IMPORT CORPORATION v. FRANCO-AMERICAN CHEM-
ICAL COMPANY, INC., and Others.— Motion for leave to appeal denied, with
ten dollars costs, and motion for stay granted. Present — Clarke, P. J.,
Dowling, Smith, Page and Greenbaum, JJ.

WINTER & COMPANY v. RUDOLF PIANO COMPANY, Impleaded, etc.—
Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Smith, Page and Greenbaum, JJ.

TOMMASO CARRELLI, as Administrator, etc., v. LILLIE S. STEINER.—
Motion for leave to appeal denied, with ten dollars costs, and motion for
stay granted. Present — Clarke, P. J., Dowling, Smith, Page and Green-
baum, JJ.

S. FRANK WILLIAMSON, as Receiver, etc., v. THE WHITNEY COMPANY.
— Motion for reargument or for leave to appeal denied, with ten dollars
costs. Motion for stay granted. Settle order on notice. Present —
Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN BEEKMAN v. MINNIE STERN and Others, Individually and as
Executors, etc.— Motion denied, without costs. Present — Clarke, P. J.,
Dowling, Smith, Page and Greenbaum, JJ.

ROBERT E. J. CORCORAN v. HUBERT E. ROGERS and Others.— Motion
denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page
and Greenbaum, JJ.

GEORGE P. MONTAGUE and Others, as Surviving Substituted Trustees,
etc., v. CHARLES P. CURTIS, as Administrator, etc., and Others.— Motion
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith,
Page and Greenbaum, JJ.